TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Acting Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-5136
Facsimile:     (213) 894-0141
E-mail:   david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARON DARREL CARTER,<br><br>          Peitioner,<br><br>               v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | CV 25-8559-ODW<br>CR 14-297-VAP<br><br>GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE TIME FOR RESPONSE TO DEFENDANT LARON DARREL CARTER'S MOTION PURSUANT TO 28 U.S.C. § 2255; DECLARATION OF DAVID KOWAL |

The United States of America, by and through its attorney of record, the United States Attorney's Office ("USAO") for the Central District of California, hereby applies ex parte for additional time to file its response to the motion of Laron Darrell Carter ("defendant") to vacate, set aside, or reduce his sentence pursuant to 28 U.S.C. § 2255.  The government's application is based on the

//

//

//

//

//

Declaration of AUSA David Kowal, and the files and records in this case.  If granted, the government's response to defendant's motion would be due May 14, 2026.


 Dated: February 10, 2026          Respectfully submitted,

                                   TODD BLANCHE
                                   Deputy Attorney General
                                   BILAL A. ESSAYLI
                                   First Asst. United States Attorney

                                   ALEXANDER B. SCHWAB
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                          /s/
                                   _____
                                   DAVID KOWAL
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**DECLARATION OF DAVID KOWAL**

I, David Kowal, declare, as follows:

1.   I am an Assistant United States Attorney ("AUSA") for the United States Attorney's Office in the Central District of California ("USAO").

2.   I have been assigned to respond to the motion filed by defendant Laron Darrell Carter ("defendant") vacate, set aside, or reduce his sentence pursuant to 28 U.S.C. § 2255, filed on September 8, 2025 (the "motion").

3.   By this application the government request to extend the time to respond to the motion from February 13, 2026 to May 14, 2026, with defendant's reply due on June 5, 2026.  This is the government's third request for an extension.

4.   I seek this extension for the following reasons.

a.   I had no previous experience or familiarity with this case which arises from a trial before Judge Phillips followed by a subsequent appeal and additional post-appeal sentencing, motions, and appellate activity.  The attorneys who previously handled the trial and sentencings in this matter before Judge Phillips are no longer in the United States Attorney's office.

b.   As mentioned in my prior extension requests, this is an exceptionally complex motion that will continue to take substantial time to respond to.  The motion raises 11 substantive grounds for relief and references or concerns portions of the trial transcript, sentencing, appellate briefs and multiple pre-and post-trial motions in this matter.  Defendant has attached over 120 pages of exhibits from numerous pretrial, trial, and post-trial proceedings.  To respond to the motion, I will continue to have to

3

review a voluminous set of records include the trial transcript, transcripts of the sentencing and post-appeal sentencing, in addition to multiple pre- and post-trial briefs and motions before the District Corut and Ninth Circuit.

c.    I need more time to complete the government's work given the amount of material and the number of issues.  This includes continuing to review and incorporate material not available on Pacer such as exhibits and the case file of the original attorneys on this matter.  Even once I obtain and review all the materials referenced above, I will need substantial additional time to prepare the government's opposition to the motion, given the number of issues, the size of the record, and my lack of prior familiarity with this case.  In addition, I will need time to make sure all proper procedural and substantive responses are made given the gravity of defendant's crimes resulting in a 40-year sentence. According to the BOP's website, defendant's current release date is in August 2048.

5.    The requested continuance is a reasonable estimate of the time needed to complete the opposition in this case in light of the factors above, and my current responsibilities, or to report on my progress to the Court in a further extension.  I currently have 40 active matters, several of which have deadlines in the next month and two others of which are of similar complexity to this case.  I will pursue the opposition with diligence, given the unusual complexity of this matter and the factors set out in the above paragraph, I alert the Court again that that I may be required to ask for additional time

4

6.    Defendant filed his motion pro se and remains in BOP custody until 2048 so I have not communicated with him about this motion.  However, I will serve a copy of this request on his address on the motion and/or on the address on file with the Court and BOP.

I declare, under penalty of perjury and the laws of the United States of America, that the forgoing is true and correct.

Executed this 10th day of February 2026, in Los Angeles, California.


_____s/_____
DAVID KOWAL